UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                              CHAPTER 13
TIMOTHY J. PATTERSON
PHYLLIS A. PATTERSON                             CASE NO. 14-80630

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    US Bank Home Mortgage                  **Court claim #:** 18

**Last four digits** of any number used to identify the debtor's account: 3262

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $23036.51 (Per Amended Claim filed 10/26/17) |
| | -4,011.84 (Per Order Modifying Plan entered 2/14/18) |
| | $19,024.67 |
| Amount Paid by Trustee | $19,024.67 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐ Thru the Chapter 13 Plan        ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  4/19/18                              /s/Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee
                                                 308 W. State St., Suite 212
                                                 Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 19th Day of April, 2018

Dated:  4/19/18                              /s/Cynthia K. Burnard

US BANK HOME MORTGAGE
BANKRUPTCY DEPARTMENT
4801 FREDERICA
OWENSBORO, KY 42301

US BANK HOME MORTGAGE
PO BOX 5229
CINCINNATI, OH  45201

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

TIMOTHY J. PATTERSON
PHYLLIS A. PATTERSON
10635 GREAT PLAINES DR.
HUNTLEY, IL  60142

LAW OFFICE OF JASON BLUST LLC
211 W. WACKER DR., STE, 300
CHICAGO, IL  60606